UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKKIA T. MCCLAIN,<br><br>                           Plaintiff,<br><br>         -against-<br><br>AUTOEXPO ENT. INC. f/k/a<br>AUTO EXPO ENT. INC.,<br>RESPECT AUTO GROUP I LLC d/b/a<br>YONKERS KIA,<br>OMID ELYAHOU,<br>MAX COLIMON,<br>CHRISTINA CASTELUCHE,<br>SANTANDER CONSUMER USA INC.,<br>CAPITAL ONE, NATIONAL ASSOCIATION<br>d/b/a CAPITAL ONE AUTO FINANCE,<br>EXETER FINANCE LLC,<br>700 CREDIT LLC,<br>TRANS UNION, LLC,<br>EQUIFAX INFORMATION SERVICES LLC,<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                           Defendants. | Case No. 7:20-cv-05054-CS<br><br>**NOTICE OF APPEARANCE** |

      **PLEASE TAKE NOTICE** that Kudman Trachten Aloe LLP hereby appears in the above-captioned action on behalf of defendant Respect Auto Group I LLC and demands that all papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
        August 12, 2020

By: _____
Paul H. Aloe
David N. Saponara
KUDMAN TRACHTEN ALOE LLP
Empire State Building
350 Fifth Avenue, 68th Floor
New York, New York 10118
Tel: (212) 868-1010
paloe@kudmanlaw.com
dsaponara@kudmanlaw.com

*Attorneys for Defendant*
*Respect Auto Group I LLC*