IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NIKKIA T. MCCLAIN | ) | |
| | ) | |
| Plaintiff, | ) | No. 7:20-cv-5054(CS) |
| | ) | |
| vs. | ) | **ORDER ON MOTION FOR** |
| | ) | **ADMISSION *PRO HAC VICE*** |
| AUTOEXPO ENT., INC., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Motion of Philip J. Mackey for admission to practice *Pro Hac Vice* in the above-captioned case is granted.

Applicant has declared that he is a member in good standing of the Bar of the State of Missouri and the State of Illinois; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Philip J. Mackey |
| Firm Name: | Lewis Rice LLC |
| Address: | 600 Washington Avenue, Suite 2500 |
| City/State/Zip: | St. Louis, MO 63101 |
| Telephone/Fax: | (314) 444-1343; (314) 612-1343 |
| E-mail Address: | pmackey@lewisrice.com |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant 700 Credit, LLC in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: August 28, 2020

*Cathy Seibel*

United States District Judge Cathy Seibel

The Clerk shall terminate Doc. 55.

2390790.1