LEWISRICE LLC

**Philip J. Mackey, Esq.**

pmackey@lewisrice.com
314.444.1343 *(direct)*
314.612.1343 *(fax)*

Attorneys at Law

600 Washington Avenue
Suite 2500
St. Louis, Missouri 63101

www.lewisrice.com

September 1, 2020

**Via Electronic Case Filing**

The Honorable Cathy Seibel
United States District Court Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

      Re:   *McClain v. AutoExpo Ent., Inc. et al.,*
              Case No. 7:20-cv-5054-CS (S.D.N.Y.)

Dear Judge Seibel:

      Defendant 700 Credit, LLC ("Defendant") respectfully requests a 30-day extension, up to and including October 8, 2020, to answer, move, or otherwise respond to Plaintiff's Complaint in the above-captioned action. Defendant's responsive pleading is currently due on September 8, 2020. Defendant requests this extension because it only recently retained the undersigned counsel and additional time is necessary to review Plaintiff's Complaint and to respond accordingly. There have been no previous requests for extension, and this extension will not affect any other scheduled deadlines. Plaintiff consents to the extension sought herein.

      Respectfully,

      /s/ Philip J. Mackey
      Philip J. Mackey, Esq.

cc:     Counsel of Record (via ECF)

*Established* 1909

2392344.2