**LEWIS RICE** LLC

| | | |
|---|---|---|
| **Philip J. Mackey, Esq.** | | 600 Washington Avenue<br>Suite 2500 |
| pmackey@lewisrice.com<br>314.444.1343 *(direct)*<br>314.612.1343 *(fax)* | Attorneys at Law | St. Louis, Missouri 63101<br>www.lewisrice.com |

October 5, 2020

**Via Electronic Case Filing**

The Honorable Cathy Seibel
United States District Court Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

      Re:   *McClain v. AutoExpo Ent., Inc. et al.,*
              Case No. 7:20-cv-5054-CS (S.D.N.Y.)

Dear Judge Seibel:

      Defendant 700 Credit, LLC ("Defendant") respectfully requests a 30-day extension, up to and including November 9, 2020, to answer, move, or otherwise respond to Plaintiff's Complaint in the above-captioned action. Defendant's responsive pleading is currently due on October 8, 2020. Defendant requests this extension because Defendant has been in discussions with Plaintiff and understands that Plaintiff does not intend to proceed on the current Complaint but instead intends to file an Amended Complaint. Plaintiff has not yet filed an Amended Complaint, and discussions are continuing. There has been one previous request for extension. This extension will not affect any other scheduled deadlines. Plaintiff consents to the extension sought herein.

                                            Respectfully,

                                            /s/ Philip J. Mackey
                                            Philip J. Mackey, Esq.

cc:     Counsel of Record (via ECF)

*Established* 1909

2396426.1