# B**romberg** L**aw** O**ffice**, P.C.

| | |
|---|---|
| Brian L. Bromberg (Admitted in NY, NJ & CA) | 352 Rutland Road #1 |
| Joshua Tarrant-Windt (Admitted in NY) | Brooklyn, NY 11225 |
| | Phone: (212) 248-7906 |
| | Fax:    (212) 248-7908 |

November 6, 2020

<u>Via ECF</u>
Honorable Cathy Seibel, U.S.D.J.
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   <u>*McClain v. AutoExpo Ent. Inc., et al.*, 20-CV-5054 (CS)</u>

Dear Judge Seibel:

My office, together with co-counsel, represents the plaintiff, Nikkia McClain, in the above-referenced action.

I am writing to report that Plaintiff and Defendant 700 Credit are finalizing settlement terms and anticipate having their portion of the case settled within 30 days. In the interests of judicial economy, Plaintiff and 700 Credit request a 30-day extension for 700 Credit to answer the complaint or in the alternative, that Your Honor enter a "30-day order" dismissing the case against 700 Credit only, but allowing the case to be restored against 700 Credit within that period for any reason or no reason.

Respectfully,

<u>/s/ Brian L. Bromberg</u>
Brian L. Bromberg

cc:   All Counsel of Record (Via ECF)