UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
McClain,

                        Plaintiff(s),

       -against –

AutoExpo Ent. Inc., et al.,

                        Defendant(s).
------------------------------------------------------------X

**O R D E R**

7:20-CV-05054 (CS)

Seibel, J.

    It having been reported to this Court that the claims in this case have been settled **(as only to Defendant Capital One, National Association)**, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs **(as only to Defendant Capital One, National Association)**; provided, however, that if settlement is not consummated within sixty days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

    **SO ORDERED**.

Dated: December 3, 2020
       White Plains, New York

                                              _____
                                              CATHY SEIBEL, U.S.D.J.