UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
McClain,

                        Plaintiff(s),

      -against –

AutoExpo Ent. Inc., et al.,

                        Defendant(s).
-------------------------------------------------------------X

**O R D E R**

7:20-CV-05054 (CS)

Seibel, J.

      It having been reported to this Court that the claims in this case have been settled **(as only to Defendant Trans Union, LLC)**, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs **(as only to Defendant Trans Union, LLC)**; provided, however, that if settlement is not consummated within sixty days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

      **SO ORDERED**.

Dated: December 4, 2020
      White Plains, New York

                                                    *Cathy Seibel*

                                                    _____

                                                     CATHY SEIBEL, U.S.D.J.