20210114120521

| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|

SERVICE OF: **SUMMONS AND AMENDED COMPLAINT, EXHIBITS**
EFFECTED (1) BY ME: **JAMES DONNELLY**
TITLE: **PROCESS SERVER**                DATE: **1/19/2021 3:43:33 PM**

---

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

TR VW LLC D/B/A TOMS RIVER VOLKSWAGEN

Place where served:

256 ROUTE 37 EAST   TOMS RIVER  NJ  08753

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

MICHAEL MACCAR

Relationship to defendant  **MANAGING AGENT**

Description of Person Accepting Service:

SEX: M   AGE: 51-65   HEIGHT: 5'9"-6'0"   WEIGHT: OVER 200 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: BALDING-GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

## STATEMENT OF SERVER

TRAVEL $ _____.____      SERVICES $ _____.____      TOTAL $ _____.____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 01/21/2021

_____ L.S.
SIGNATURE OF JAMES DONNELLY
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

01/21/21
JACQUELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 15, 2025

ATTORNEY:    BRIAN L. BROMBERG, ESQ.
PLAINTIFF:   NIKKIA T. MCCLAIN
DEFENDANT:   AUTOEXPO ENT, INC., F/K/A AUTO EXPO ENT., INC., ET AL
VENUE:       DISTRICT
DOCKET:      7 20 CV 5054 CS
COMMENT:

(Notary seal: JACQUELINE GONZALEZ, NOTARY PUBLIC, NEW JERSEY)