**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| Plaintiff(s) | **Request for Clerk's Certificate of Default** |
| vs. | Civil Case No._____ |
| Defendant(s) |  |

_____

    Pursuant to Fed. R. Civ. P. 55(a) and L.R. 55.1, _____ requests a Clerk's certificate of entry of default.  Within in an accompanying affidavit, I affirm that the party against whom the judgment is sought:

    1)  is not an infant or incompetent person;

    2)  is not in the military service;

    3)  was properly served under Fed. R. C. P. 4 and proof of service having been filed with the court;

    4)  has defaulted in appearance in the above captioned action.

_____
**Counsel for Plaintiff(s) / Plaintiff(s) Pro se**