UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────────────x
NIKKIA T. MCCLAIN,

                Plaintiff,                No. 20-CV-5054 (CS)

    -against-

AUTOEXPO ENT. INC. f/k/a
AUTO EXPO ENT. INC.,
RESPECT AUTO GROUP I LLC d/b/a
YONKERS KIA,
OMID ELYAHOU,
MAX COLIMON,
CHRISTINA CASTELUCHE,
SANTANDER CONSUMER USA INC.,
EXETER FINANCE LLC,
TR VW LLC, d/b/a/ TOMS RIVER VOLKSWAGEN

                Defendants.
─────────────────────────────────────────────x

**Certificate of Service**

I, Brian L. Bromberg, an attorney duly licensed to practice law in the State of New York, hereby state the following under penalty of perjury that the following is true:

I am not a named party to the action, am over 18 years of age, and reside in New York, New York.

That on February 24, 2021, I served the Request for Certificate of Default; Declaration in Support of Certificate of Default; and proposed Clerk's Certificates by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, via United States First Class Mail addressed to each of the following persons at the last known address set forth after each name:

        TR VW LLC
        d/b/a Toms River Volkswagen

1

      256 Route 37 East
      Toms River, NJ 08753

Furthermore, on February 24, 2021, the foregoing documents were filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

Boris Brownstein

Brett Michael Weinstein

Brian Lewis Bromberg

Camille Renee Nicodemus

David Nicholas Saponara

J. Robert Weyreter

James J. D'Ambrosio

Lijue Thomas Philip

Neil Conner Scott

Paul Aloe

Philip Mackey

Philip A. Goldstein

Thomas R Breeden

Dated:  Brooklyn, New York
        February 24, 2021

        /s/ Brian L. Bromberg
        Brian L. Bromberg