UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――x
NIKKIA T. MCCLAIN,

                Plaintiff,          No. 20-CV-5054 (CS)

    -against-

AUTOEXPO ENT. INC. f/k/a
AUTO EXPO ENT. INC., et al.

                Defendants.
―――――――――――――――――――――――――――x

## Certificate of Default

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on July 1, 2020 with the filing of a complaint.

I further certify that an amended complaint adding **TR VW LLC d/b/a/ TOMS RIVER VOLKSWAGEN** as a defendant and a summons were filed on January 6, 2021. A copy of the summons and amended complaint was served on defendant **TR VW LLC d/b/a Toms River Volkswagen** by personally serving **Michael Maccar, Managing Agent of Toms River Volkswagen**, *and proof of service was therefore filed on January 22, 2021, Doc. # 116*.

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated:    New York, New York
               , 2021

                                            RUBY J. KRAJICK
                                            Clerk of Court

                         By:   _____
                                         Deputy Clerk