UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x
NIKKIA T. MCCLAIN,

                      Plaintiff,                              No. 20-CV-5054

    -against-

AUTOEXPO ENT. INC. f/k/a AUTO EXPO                [PROPOSED]
ENT. INC.; RESPECT AUTO GROUP I LLC               DEFAULT JUDGMENT
d/b/a YONKERS KIA; OMID ELYAHOU;
MAX COLIMON; CHRISTINA CASTELUCHE;
SANTANDER CONSUMER USA INC.;
EXETER FINANCE LLC; TR VW LLC, d/b/a
TOMS RIVER VOLKSWAGEN,

                      Defendants.
———————————————————————x

CATHY SEIBEL, District Judge:

This action having been commenced against Defendant TR VW LLC, d/b/a TOMS RIVER VOLKSWAGEN on January 6, 2021, by the filing of the Summons and Amended Complaint, and a copy of the Summons and Amended Complaint having been served on defendant TR VW LLC, d/b/a TOMS RIVER VOLKSWAGEN on January 19, 2021 by personal service on Michael Maccar, Managing Agent of the defendant; and proof of service having been filed on January 22, 2021; and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That Defendant TR VW LLC, d/b/a TOMS RIVER VOLKSWAGEN is hereby held in default and that Plaintiff has judgment against Defendant TR VW LLC, d/b/a TOMS RIVER VOLKSWAGEN, for the relief requested in the Amended Complaint, and it is further

1

ORDERED, ADJUDGED AND DECREED that any hearing, inquest, or trial regarding damages and any petition for attorney fees and costs be coordinated with the jury trial of the answering defendants.

SO ORDERED.

Dated: 4/19/21, 2021
White Plains, New York

_____
CATHY SEIBEL
United States District Judge