UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

McClain,

                        Plaintiff,                  **SCHEDULING ORDER**

      -against-                                20 Civ. 5054 (CS) (AEK)

AutoExpo Ent. Inc. et al.,

                      Defendants.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      This matter has been referred to Magistrate Judge Andrew E. Krause for settlement. ECF No. 145. A telephonic settlement conference before Magistrate Judge Krause is hereby scheduled for **Monday, August 16, 2021, at 2:30 p.m.**

      No later than two (2) business days prior to the conference (*i.e.*, Thursday, August 12), the parties must each submit a confidential, *ex parte* letter not to exceed five (5) pages in length. The letter must summarize (i) the history of settlement negotiations; (ii) the issues in the case; (iii) the party's settlement valuation of the case and the rationale(s) for it; and (iv) any other facts that would be helpful to the Court in preparation for the conference. Submissions should be emailed to KrauseNYSDChambers@nysd.uscourts.gov.

      Parties – not just the attorneys – must attend the settlement conference. Corporate parties must send a representative with decision-making authority to settle the matter. Where liability insurance is involved, a decision-making representative of the carrier must attend unless specifically excused by the Court.

      To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the

teleconference as a guest.  Should anyone experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated: July 1, 2021
       White Plains, New York

                                       **SO ORDERED.**

                                      ANDREW E. KRAUSE
                                      United States Magistrate Judge