# BROMBERG LAW OFFICE, P.C.

| | |
|---|---|
| Brian L. Bromberg (Admitted in NY, NJ & CA) | 352 Rutland Road #1 |
| Joshua Tarrant-Windt (Admitted in NY) | Brooklyn, NY 11225 |
| | Phone: (212) 248-7906 |
| | Fax:   (212) 248-7908 |

September 29, 2021

<u>Via ECF & Email</u>
Honorable Cathy Seibel, U.S.D.J.
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *McClain v. AutoExpo Ent. Inc., et al.*, 20-CV-5054 (CS)

Dear Judge Seibel:

My office, together with co-counsel, represents the plaintiff, Nikkia McClain, in the above-referenced action.

I am writing on behalf of all remaining parties to request that the status conference scheduled for October 4, 2021 be continued to after October 26, 2021. I am making this request because the parties held a settlement conference on September 22, 2021, but ran out of time before discussions were concluded. The settlement conference was continued to October 26, 2021. In the interests of judicial economy, the parties request a new conference-date to take place after October 26, 2021.

Respectfully,

/s/ Brian L. Bromberg
Brian L. Bromberg

cc:   All Counsel of Record (Via ECF)