# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
————

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

**Author: Michael J. Mauro - Member**
**Direct E-Mail Address: michael@mllaborlaw.com**
**Direct Dial: (516) 303-1363**

December 30, 2021

**VIA ECF**
United States District Court
Southern District of New York
Attn: Hon. Cathy Seibel, U.S.D.J.
300 Quarropas St.
White Plains, NY 10601-4150

> **Re:   Nikkia T. McClain v. Auto Expo Ent. Inc. f/k/a Auto Expo Ent. Inc.,** *et al*
> **Case No.: 20-CV-5054(CS)**
> **MLLG File No.: 67-2021**

Dear Judge Seibel:

This office represents Auto Expo Ent. Inc. f/k/a Auto Expo Ent. Inc. ("Auto Expo"), Omid Elyahou ("Elyahou"), Max Colimon ("Colimon") Christina Casteluche ("Casteluche") (Elyahou, Colimon, and Casteluche collectively "Individual Defendants") and Santander Consumer USA Inc. ("Santander") (collectively "Defendants") in the above-referenced matter. This letter is being sent to provide the Court with an update as to the status of the settlement agreement between Plaintiff and Defendants.

Defendants are in the process of obtaining signatures from Casteluche and Colimon in order to finalize the settlement agreement. Casteluche and Colimon are no longer employed with Auto Expo and as such, there has been a delay in being able to contact Casteluche and Colimon. This office was able to contact both Cateluche and Colimon this week and have provided them with the settlement agreement. Once Defendants have obtained Casteluche's and Colimon's signatures, the case can be resolved as against Defendants.

Dated: Lake Success, New York
        December 30, 2021

Very truly yours,

**MILMAN LABUDA LAW GROUP PLLC**

/s/ Michael J. Mauro
Michael J. Mauro, Esq.

The parties shall provide a joint status update no later than 1/27/22 if the case has not been discontinued by then.

SO ORDERED.

CATHY SEIBEL, U.S.D.J.

12/30/21