UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NIKKIA T. McCLAIN,

                    Plaintiff,

      -against –

AUTOEXPO ENT. INC., *et al.*,

                    Defendants.
-----------------------------------------------------------X

**O R D E R**

7: 20-CV-5054(CS)

<u>Seibel, J.</u>

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within ninety (90) days of the date of this order, Plaintiff may apply by letter within the ninety-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

      **SO ORDERED**.

Dated:  January 28, 2022
          White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.